UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE CHIAVOLA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 2:24-cv-02226-DJC-DMC<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Daniel J. Calabretta<br>Ctrm:  10, 13th Floor<br><br>Complaint Filed:  August 16, 2024 |

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: December 9, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4938-4462-9508 v1

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

1

Case No. 2:24-cv-02226-DJC-DMC
ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE